437 A.2d 1229

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Frank John ZAPPACOSTA, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 28, 1981.

Decided Dec. 30, 1981.

Thomas G. Klingensmith, Asst. Public Defender, for appellant.

John A. Kenneff, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

PER CURIAM.

The judgment of sentence is affirmed.